In the Matter of the Application of the FEDERAL UNION SURETY COMPANY, Appellant, to Be Relieved from Liability on the Bond of HARRY S. DEWEY, as Receiver of the Firm of DIXON & DEWEY.

EUSTACE CONWAY, as Substituted Receiver of the Firm of DIXON & DEWEY, Respondent.

Reported below, 154 App. Div. 936.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from an order and judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1913, affirming a final judgment in favor of respondent herein.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the order or judgment appealed from.

*F. Ferris Hewitt* for motion.

*Louis B. Eppstein* opposed.

Motion denied, with ten dollars costs.